No. 75–6339.  BERRY v. LOUISIANA.  Sup. Ct. La. Certiorari denied.

No. 75–6344.  COMBS v. TENNESSEE.  C. A. 6th Cir. Certiorari denied.

No. 75–6350.  MILLER v. BOMBARD, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 75–6351.  FULFORD v. LOUISIANA.  Sup. Ct. La. Certiorari denied.

No. 75–6355.  SIMMS v. CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 75–6357.  HURST v. UNION CARBIDE CORPORATION, NUCLEAR DIVISION.  C. A. 6th Cir.  Certiorari denied.

No. 75–6359.  DE LA CRUZ v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 75–6361.  THOMAS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 75–6366.  MAUCH v. FLEMMING ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 75–6368.  HALL v. BOSTIC ET AL.  C. A. 4th Cir. Certiorari denied.

No. 75–6370.  HOWARD v. MISSISSIPPI.  Sup. Ct. Miss. Certiorari denied.

No. 75–6379.  PHILLIPS v. OKLAHOMA ET AL.  Ct. Crim. App. Okla.  Certiorari denied.

No. 75–6387.  PATTERSON v. RICKETTS, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER. C. A. 5th Cir.  Certiorari denied.